UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS MARTIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. CV-06-1262-JCC-MAT<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the ALJ will

(1) Hold a new hearing.

(2) Further develop the record by recontacting Plaintiff's medical sources to determine the bases for their opinions, or by calling upon a medical expert.

(3) Evaluate all medical source opinions, including those of Dr. Jackson, Dr. Bach, and Dr. Cole in accordance with 20 C.F.R § 404. 1527, SSRs, and Ninth Circuit case law; explain the weight given to each; and provide legally sufficient reasons for any medical opinion that is rejected.

Page 1     ORDER- [CV-06-1262-JCC-MAT]

(4) Reevaluate Plaintiff's residual functional capacity (RFC), including lay witness credibility.

(5) Reevaluate Plaintiff's capacity to perform his past relevant work, and if necessary, other work, accommodating Plaintiff's RFC, age, and vocational factors, at step five of the sequential process, obtaining vocational expert testimony, if necessary.

(6) Take any other actions necessary to develop the record and issue a new decision.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 30th day of March, 2007.

*[signature: John C. Coughenour]*

John C. Coughenour
United States District Judge

Recommended for Entry
this 14th day of March, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ RICHARD A. MORRIS   WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
FAX:  (206) 615-2531
Rick. Morris@ssa.gov

Page 2       ORDER- [CV-06-1262-JCC-MAT]